|   |   |
|---|---|
| 1 | |
| 2 | |

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CHOON'S DESIGN, LLC )
                              Plaintiff(s), )
      v. )
CONTEXTLOGIC, INC. D/B/A WISH )
                              Defendant(s). )

Case No: 4:19-CV-5300-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Bruce W. Steckler, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Choon's Design, LLC in the above-entitled action. My local co-counsel in this case is Kimberly D. Neilson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Steckler Gresham Cochran, 12720 Hillcrest Rd., Suite 1045, Dallas, Texas 75230 | Frisella Law, APC, 2139 First Ave., Suite 200, San Diego, California 92101 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (972) 387-4040 | (619) 260-3500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bruce@stecklerlaw.com | kim@frisellalaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00785039.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/04/19                                   Bruce W. Steckler
                                                                      APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Bruce W. Steckler is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/25/2019                                  /s/ Haywood S. Gilliam Jr.
                                             UNITED STATES DISTRICT JUDGE  *October 2012*

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Bruce W. Steckler**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1992.

I further certify that the records of this office show that, as of this date

**Bruce W. Steckler**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 27th day of August, 2019.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 0113C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

_____ Mr. Bruce William Steckler _____

whose address is _____ 12720 Hillcrest Rd Ste 1045 _____

_____ Dallas, TX 75230 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the _____ 5th _____ day of _____ May _____, _____ 2011 _____.

Given over my hand and the Seal of the Louisiana State Bar Association, this ___ 26th ___ day of ___ August ___, ___ 2019 ___.

_____
*Executive Director*
*Louisiana State Bar Association*

## The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 8/5/2011,

## Bruce William Steckler

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 29th day of August, 2019.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Bruce W. Steckler, Esq.*

**DATE OF ADMISSION**

**June 25, 2010**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: September 4, 2019

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk