| | |
|---|---|
| FRISELLA LAW, APC<br>LISA J. FRISELLA (216504)<br>lisa@frisellalaw.com<br>KIMBERLY D. NEILSON (216571)<br>kim@frisellalaw.com<br>2139 First Ave., Suite 200<br>San Diego, CA 92101<br>Telephone: (619) 260-3500<br>Facsimile: (619) 260-3600 | COOLEY LLP<br>JOHN W. CRITTENDEN (101634)<br>jcrittenden@cooley.com<br>WHITTY SOMVICHIAN (194463)<br>wsomvichian@cooley.com<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222 |
| STECKLER GRESHAM COCHRAN PLLC<br>DEAN GRESHAM<br>dean@stecklerlaw.com<br>BRUCE STRECKLER<br>bruce@stecklerlaw.com<br>STUART COCHRAN<br>stuart@stecklerlaw.com<br>L. KIRSTINE ROGERS<br>krogers@stecklerlaw.com<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230<br>Telephone: (972) 387-4040<br>Facsimile: (972) 387-4041 | JUDD D. LAUTER (290945)<br>jlauter@cooley.com<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>Attorneys for Defendant<br>CONTEXTLOGIC INC. d/b/a WISH |

Attorneys for Plaintiff
CHOON'S DESIGN, LLC
And the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CHOON'S DESIGN, LLC, Individually and on Behalf of a Class of Similarly Situated Individuals,<br><br>            Plaintiffs,<br><br>    v.<br><br>CONTEXTLOGIC INC. d/b/a WISH,<br><br>            Defendant. | Case No. 4:19-cv-05300-HSG<br><br>**STIPULATED REQUEST AND ORDER TO SET A BRIEFING SCHEDULE FOR ANTICIPATED MOTION TO DISMISS COMPLAINT**<br><br>Complaint Filed: August 23, 2019<br><br>**HON. HAYWOOD S. GILLIAM JR.** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION TO SET BRIEFING SCHEDULE FOR
MOTION TO DISMISS COMPLAINT
CASE NO. 4:19-CV-05300-HSG

Pursuant to Civil Local Rule 6-2, Plaintiff Choon's Design, LLC ("Plaintiff") and Defendant ContextLogic Inc. dba Wish ("Wish") (collectively "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS Plaintiff filed a putative class action lawsuit against Wish on or about August 23, 2019, Dkt. No. 1;

WHEREAS Wish's deadline to file a response to the Plaintiff's complaint (the "Complaint") is October 17, 2019;

WHEREAS the Parties seek to set a briefing and hearing schedule for Wish's anticipated Motion to Dismiss the Complaint;

WHEREAS the Parties believe that the briefing schedule agreed to below will allow a more orderly and thorough presentation of the arguments the Parties anticipate on the complex issues presented by the Complaint;

WHEREAS under Civil Local Rule 6-2(a), the Parties may stipulate in writing to request an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules;

NOW THEREFORE, the Parties hereby STIPULATE AND AGREE to request the following briefing schedule for Wish's Motion to Dismiss Plaintiff's Complaint:

| | |
|---|---|
| Deadline for Wish to file Motion to Dismiss Plaintiff's Complaint. | October 23, 2019 |
| Deadline for Plaintiff to file Opposition to Motion to Dismiss, if any. | November 18, 2019 |
| Deadline for Wish to file Reply in Support of Motion to Dismiss, if any. | December 4, 2019 |
| Hearing, if any, on Motion to Dismiss Plaintiff's Complaint. | December 18, 2019 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION TO SET BRIEFING SCHEDULE FOR
MOTION TO DISMISS COMPLAINT
CASE NO. 4:19-CV-05300-HSG

**IT IS SO STIPULATED.**

Dated: October 10, 2019                COOLEY LLP

                                       */s/ John W. Crittenden*
                                       John W. Crittenden

                                       Attorneys for Defendant
                                       ContextLogic Inc. dba Wish

Dated: October 10, 2019                STECKLER GRESHAM COCHRAN PLLC

                                       */s/ Dean Gresham*
                                       Dean Gresham

                                       Attorneys for Plaintiff
                                       Choon's Design, LLC

## FILER'S ATTESTATION

*Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, John W. Crittenden hereby attests that concurrence in the filing of this document has been obtained.*

Dated: October 10, 2019                COOLEY LLP

                                       /s/ *John W. Crittenden*
                                       John W. Crittenden (101634)

                                       Attorneys for Defendant
                                       ContextLogic Inc. dba Wish

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION TO SET BRIEFING SCHEDULE FOR
MOTION TO DISMISS COMPLAINT
CASE NO. 4:19-CV-05300-HSG

# **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED, except the hearing on the motion will be held on 12/19/2019 at 2:00 p.m.**

DATED: 10/15/2019

The Honorable Haywood S. Gilliam Jr.
United States District Judge