1   FRISELLA LAW, APC
    LISA J. FRISELLA (216504)
2   lisa@frisellalaw.com
    KIMBERLY D. NEILSON (216571)
3   kim@frisellalaw.com
    2139 First Ave., Suite 200
4   San Diego, CA 92101
    Telephone:    (619) 260-3500
5   Facsimile:    (619) 260-3600

6   STECKLER GRESHAM COCHRAN PLLC
    DEAN GRESHAM
7   dean@stecklerlaw.com
    BRUCE STRECKLER
8   bruce@stecklerlaw.com
    STUART COCHRAN
9   stuart@stecklerlaw.com
    L. KIRSTINE ROGERS
10  krogers@stecklerlaw.com
    12720 Hillcrest Road, Suite 1045
11  Dallas, TX 75230
    Telephone:    (972) 387-4040
12  Facsimile:    (972) 387-4041

13  Attorneys for Plaintiff
    CHOON'S DESIGN, LLC
14  And the Proposed Class

    COOLEY LLP
    JOHN W. CRITTENDEN (101634)
    jcrittenden@cooley.com
    WHITTY SOMVICHIAN (194463)
    wsomvichian@cooley.com
    101 California Street, 5th Floor
    San Francisco, CA 94111-5800
    Telephone:    (415) 693-2000
    Facsimile:    (415) 693-2222

    JUDD D. LAUTER (290945)
    jlauter@cooley.com
    3175 Hanover Street
    Palo Alto, CA 94304-1130
    Telephone:    (650) 843-5000
    Facsimile:    (650) 849-7400

    Attorneys for Defendant
    CONTEXTLOGIC INC. d/b/a WISH

15

16                  **UNITED STATES DISTRICT COURT**

17                 **NORTHERN DISTRICT OF CALIFORNIA**

18                        **OAKLAND DIVISION**

19  CHOON'S DESIGN, LLC, Individually and        Case No. 4:19-cv-05300-HSG
    on Behalf of a Class of Similarly Situated
20  Individuals,                                 **Stipulated Request and Order to
                                                 Set a Briefing Schedule for
21              Plaintiffs,                       Anticipated Motion to Dismiss
                                                 First Amended Complaint**
22          v.
                                                 Complaint Filed: August 23, 2019
23  CONTEXTLOGIC INC. d/b/a WISH,
                                                 **Hon. Haywood S. Gilliam Jr.**
24              Defendant.

25

26

27

28

Cooley LLP
Attorneys At Law
San Francisco                                1.

                    Stipulation to Set Briefing Schedule for
                    Motion to Dismiss First Amended Complaint
                    Case No. 4:19-cv-05300-HSG

Pursuant to Civil Local Rule 6-2, Plaintiff Choon's Design, LLC ("Plaintiff") and Defendant ContextLogic Inc. dba Wish ("Wish") (collectively "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiff filed a putative class action lawsuit against Wish on or about August 23, 2019 (Dkt. No. 1);

WHEREAS, Wish's original deadline to file a response to the Plaintiff's complaint (the "Complaint") was October 17, 2019;

WHEREAS, on October 11, 2019, the Parties submitted a Stipulated Request and [Proposed Order] to Set a Briefing Schedule For Anticipated Motion to Dismiss Complaint (Dkt. No. 21) ("Stipulation"), which was entered by the Court on October 15, 2019 (Dkt. No. 22);

WHEREAS, pursuant to the Stipulation, Wish's deadline to respond to the Complaint was extended to October 23, 2019, and November 18, 2019 was set as Plaintiff's deadline to oppose any motion to dismiss;

WHEREAS, on October 23, 2019, Wish filed a Motion to Dismiss and/or Motion to Strike Class Allegations and Portions of Complaint (Dkt. No. 23) ("Motion");

WHEREAS, pursuant to Rule 26(f), the Parties met and conferred on November 5, 2019, and discussed, among other things, whether Plaintiff would oppose the Motion or amend the Complaint, and Plaintiff represented that it was likely to file an Amended Complaint on or before November 13, 2019;

WHEREAS, Wish anticipates that any Amended Complaint is likely to remain defective in whole or in part, and anticipates filing a further motion to dismiss;

WHEREAS, the Parties believe that the briefing schedule agreed to below, which accounts for the Parties' respective holiday and travel schedules, will allow a more orderly and thorough presentation of the arguments the Parties anticipate on the complex issues presented by the expected Amended Complaint;

WHEREAS, under Civil Local Rule 6-2(a), the Parties may stipulate in writing to request an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules;

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION TO SET BRIEFING SCHEDULE FOR
MOTION TO DISMISS FIRST AMENDED COMPLAINT
CASE NO. 4:19-CV-05300-HSG

NOW THEREFORE, the Parties hereby STIPULATE AND AGREE to request the following briefing schedule for Wish's Motion to Dismiss Plaintiff's First Amended Complaint:

| | |
|---|---|
| Deadline for Wish to file Answer or Motion to Dismiss Plaintiff's First Amended Complaint | December 13, 2019 |
| Deadline for Plaintiff to file Opposition to Motion to Dismiss, if any. | January 24, 2020 |
| Deadline for Wish to file Reply in Support of Motion to Dismiss, if any. | February 7, 2020 |
| Hearing, if any, on Motion to Dismiss Plaintiff's Complaint. | February 27, 2020 |

**IT IS SO STIPULATED.**

Dated: November 12, 2019          COOLEY LLP


*/s/ Judd D. Lauter*
_____
Judd D. Lauter

Attorneys for Defendant
ContextLogic Inc. dba Wish


Dated: November 12, 2019          STECKLER GRESHAM COCHRAN PLLC


*/s/ Dean Gresham*
_____
Dean Gresham

Attorneys for Plaintiff
Choon's Design, LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO SET BRIEFING SCHEDULE FOR
MOTION TO DISMISS FIRST AMENDED COMPLAINT
CASE NO. 4:19-CV-05300-HSG

**FILER'S ATTESTATION**

*Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Judd D. Lauter hereby attests that concurrence in the filing of this document has been obtained.*

Dated:  November 12, 2019                    COOLEY LLP


                                              */s/ Judd D. Lauter*
                                              Judd D. Lauter

                                              Attorneys for Defendant
                                              ContextLogic Inc. dba Wish

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIPULATION TO SET BRIEFING SCHEDULE FOR
MOTION TO DISMISS FIRST AMENDED COMPLAINT
CASE NO. 4:19-CV-05300-HSG

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED except any hearing will be held on March 5, 2020 at 2 p.m.**

DATED: 11/13/2019

The Honorable Haywood S. Gilliam Jr.
United States District Judge

Cooley LLP
Attorneys At Law
San Francisco

1.

Order re Stip to Set Briefing Schedule for
Motion to Dismiss Amended Complaint
Case No. 4:19-cv-05300-HSG