| | |
|---|---|
| FRISELLA LAW, APC<br>LISA J. FRISELLA (216504)<br>lisa@frisellalaw.com<br>KIMBERLY D. NEILSON (216571)<br>kim@frisellalaw.com<br>2139 First Ave., Suite 200<br>San Diego, CA 92101<br>Telephone: (619) 260-3500<br>Facsimile: (619) 260-3600 | COOLEY LLP<br>JOHN W. CRITTENDEN (101634)<br>jcrittenden@cooley.com<br>WHITTY SOMVICHIAN (194463)<br>wsomvichian@cooley.com<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222 |
| STECKLER GRESHAM COCHRAN PLLC<br>DEAN GRESHAM<br>dean@stecklerlaw.com<br>BRUCE STRECKLER<br>bruce@stecklerlaw.com<br>STUART COCHRAN<br>stuart@stecklerlaw.com<br>L. KIRSTINE ROGERS<br>krogers@stecklerlaw.com<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230<br>Telephone: (972) 387-4040<br>Facsimile: (972) 387-4041 | JUDD D. LAUTER (290945)<br>jlauter@cooley.com<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>Attorneys for Defendant<br>CONTEXTLOGIC INC. d/b/a WISH |

Attorneys for Plaintiff
CHOON'S DESIGN, LLC
And the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CHOON'S DESIGN, LLC, Individually and on Behalf of a Class of Similarly Situated Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CONTEXTLOGIC INC. d/b/a WISH,<br><br>Defendant. | Case No. 4:19-cv-05300-HSG<br><br>**AMENDED STIPULATED REQUEST AND ORDER TO SET A BRIEFING SCHEDULE FOR ANTICIPATED MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: August 23, 2019<br><br>**HON. HAYWOOD S. GILLIAM JR.** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

AMENDED STIPULATION TO SET BRIEFING SCHEDULE
FOR MOTION TO DISMISS FIRST AMENDED
COMPLAINT CASE NO. 4:19-CV-05300 HSG

Pursuant to Civil Local Rule 6-2, Plaintiff Choon's Design, LLC ("Plaintiff") and Defendant ContextLogic Inc. dba Wish ("Wish") (collectively "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiff filed a putative class action lawsuit against Wish on or about August 23, 2019 (Dkt. No. 1);

WHEREAS, Wish's original deadline to file a response to the Plaintiff's complaint (the "Complaint") was October 17, 2019;

WHEREAS, on October 11, 2019, the Parties submitted a Stipulated Request and [Proposed Order] to Set a Briefing Schedule For Anticipated Motion to Dismiss Complaint (Dkt. No. 21) ("Stipulation"), which was entered by the Court on October 15, 2019 (Dkt. No. 22);

WHEREAS, pursuant to the Stipulation, Wish's deadline to respond to the Complaint was extended to October 23, 2019, and November 18, 2019 was set as Plaintiff's deadline to oppose any motion to dismiss;

WHEREAS, on October 23, 2019, Wish filed a Motion to Dismiss and/or Motion to Strike Class Allegations and Portions of Complaint (Dkt. No. 23) ("Motion");

WHEREAS, pursuant to Rule 26(f), the Parties met and conferred on November 5, 2019, and discussed, among other things, whether Plaintiff would oppose the Motion or amend the Complaint, and Plaintiff represented that it was likely to file an Amended Complaint on or before November 13, 2019;

WHEREAS, Wish anticipates that any Amended Complaint is likely to remain defective in whole or in part, and anticipates filing a further motion to dismiss;

WHEREAS, the Parties believe that the briefing schedule agreed to below, which accounts for the Parties' respective holiday and travel schedules, will allow a more orderly and thorough presentation of the arguments the Parties anticipate on the complex issues presented by the expected Amended Complaint;

WHEREAS, under Civil Local Rule 6-2(a), the Parties may stipulate in writing to request an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules;

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

AMENDED STIPULATION TO SET BRIEFING SCHEDULE
FOR MOTION TO DISMISS FIRST AMENDED
COMPLAINT CASE NO. 4:19-CV-05300-HSG

WHEREAS, the Court held the Initial Case Management Conference on November 26, 2019 with counsel for all parties in attendance;

WHEREAS, the Court ordered the parties to meet and confer regarding accelerating the briefing schedule for Wish's Motion to Dismiss Plaintiff's First Amended Complaint, and to file a stipulation and proposed order regarding an accelerated schedule, or a stipulation (no order required) advising the Court that the current schedule remains in effect (Dkt. No. 37).

NOW THEREFORE, the Parties hereby STIPULATE AND AGREE to request the following briefing schedule for Wish's Motion to Dismiss Plaintiff's First Amended Complaint:

| | |
|---|---|
| Deadline for Wish to file Answer or Motion to Dismiss Plaintiff's First Amended Complaint | December 13, 2019 |
| Deadline for Plaintiff to file Opposition to Motion to Dismiss, if any. | January 17, 2020 |
| Deadline for Wish to file Reply in Support of Motion to Dismiss, if any. | January 31, 2020 |
| Hearing, if any, on Motion to Dismiss Plaintiff's Complaint. | February 20, 2020 |

**IT IS SO STIPULATED.**

Dated: December 2, 2019         COOLEY LLP

                                */s/ Judd D. Lauter*
                                Judd D. Lauter

                                Attorneys for Defendant ContextLogic Inc. dba Wish

Dated: December 2, 2019         STECKLER GRESHAM COCHRAN PLLC

                                */s/ Dean Gresham*
                                Dean Gresham

                                Attorneys for Plaintiff Choon's Design, LLC

# FILER'S ATTESTATION

*Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Judd D. Lauter hereby attests that concurrence in the filing of this document has been obtained.*

Dated: December 2, 2019        COOLEY LLP


/s/ Judd D. Lauter
Judd D. Lauter (290945)

Attorneys for Defendant
ContextLogic Inc. dba Wish

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

AMENDED STIPULATION TO SET BRIEFING SCHEDULE
FOR MOTION TO DISMISS FIRST AMENDED
COMPLAINT CASE NO. 4:19-CV-05300-HSG

# **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/3/2019

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam Jr.
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

ORDER RE STIP TO SET BRIEFING SCHEDULE FOR
MOTION TO DISMISS AMENDED COMPLAINT
CASE NO. 4:19-CV-05300-HSG