1  Lisa J. Frisella (SBN 216504)
   Kimberly D. Neilson (SBN 216571)
2  **FRISELLA LAW, APC**
   2139 First Ave., Suite 200
3  San Diego, California 92101
   Telephone: (619) 260-3500
4  Facsimile:  (619) 260-3600
   Email: lisa@frisellalaw.com
5          kim@frisellalaw.com

6  Bruce Steckler (TX SBN 00785039)
   Stuart Cochran (TX SBN 24027936)
7  **STECKLER GRESHAM COCHRAN PLLC**
   12720 Hillcrest Road, Suite 1045
8  Dallas, TX 75230
   Telephone: (972) 387-4040
9  Facsimile: (972) 387-4041
   Email: bruce@steckerlaw.com
10         stuart@stecklerlaw.com

11 Attorneys for Plaintiff CHOON'S DESIGN, LLC
   And the Proposed Class
12
                   UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                           OAKLAND DIVISION
15

| | |
|---|---|
| 16  CHOON'S DESIGN, LLC, Individually and on Behalf of a Class of Similarly Situated 17  Individuals, | CASE NO. 4:19-cv-05300-HSG |
| 18          Plaintiffs, | **ORDER GRANTING R. DEAN GRESHAM'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |
| 19  v. | |
| 20  CONTEXTLOGIC INC. d/b/a WISH, | COMPLAINT FILED: AUGUST 23, 2019 |
| 21          Defendants. | |

25      R. Dean Gresham seeks to withdraw as counsel pro hac vice for Plaintiff in the above-

26 captioned litigation pursuant to Local R. 11-5(a). As this Court finds that Mr. Gresham as

27 submitted satisfactory reasoning for withdraw, and that the granting of his Motion will not cause

28

substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that R. Dean Gresham's Motion to Withdraw as Counsel for Plaintiff is GRANTED, and R. Dean Gresham is hereby terminated as counsel pro hac vice in this proceeding.

Signed this 25th day of November, 2020.

_____
Honorable Haywood S. Gilliam, Jr.