1   FRISELLA LAW, APC
    LISA J. FRISELLA (216504)
2   lisa@frisellalaw.com
    KIMBERLY D. NEILSON (216571)
3   kim@frisellalaw.com
    2139 First Ave., Suite 200
4   San Diego, CA  92101
    Telephone:   (619) 260-3500
5   Facsimile:   (619) 260-3600

6   STECKLER WAYNE COCHRAN PLLC
    BRUCE STRECKLER
7   bruce@swclaw.com
    STUART COCHRAN
8   stuart@swclaw.com
    BLAKE MATTINGLY
9   blake@swclaw.com
    12720 Hillcrest Road, Suite 1045
10  Dallas, TX  75230
    Telephone:   (972) 387-4040
11  Facsimile:   (972) 387-4041

12  Attorneys for Plaintiff
    CHOON'S DESIGN, LLC
13  And the Proposed Class

COOLEY LLP
JOHN W. CRITTENDEN (101634)
jcrittenden@cooley.com
WHITTY SOMVICHIAN (194463)
wsomvichian@cooley.com
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

JUDD D. LAUTER (290945)
jlauter@cooley.com
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendant
CONTEXTLOGIC INC. d/b/a WISH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CHOON'S DESIGN, LLC, Individually and on Behalf of a Class of Similarly Situated Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CONTEXTLOGIC INC. d/b/a WISH,<br><br>Defendant. | Case No. 4:19-cv-05300-HSG<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT (CIVIL L.R. 6-1(A)); STIPULATED REQUEST TO SET BRIEFING SCHEDULE (CIVIL L.R. 6-2) AND ORDER**<br><br>Second Amended Complaint Filed: August 23, 2019<br><br>**HON. HAYWOOD S. GILLIAM JR.** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIP. TO EXTEND TIME TO RESPOND TO SAC AND
REQUEST TO SET BRIEFING SCHEDULE
CASE NO. 4:19-CV-05300-HSG

1    Pursuant to Civil Local Rules 6-1(a) and 6-2, Plaintiff Choon's Design, LLC ("Plaintiff") and

2    Defendant ContextLogic Inc. dba Wish ("Wish") (collectively "the Parties"), by and through their

3    respective counsel, stipulate and agree as follows:

4    WHEREAS, on November 24, 2020, this Court granted Wish's Motion to Dismiss Plaintiff's

5    First Amended Complaint with leave to amend (Dkt. No. 50);

6    WHEREAS, Plaintiff filed a Second Amend Complaint on December 22, 2020 ("SAC") (Dkt.

7    53);

8    WHEREAS, Wish's deadline to respond to the SAC is January 5, 2021;

9    WHEREAS, under Civil Local Rule 6-1(a), the Parties may stipulate in writing, without a

10   Court order, to extend the time within which to answer or otherwise respond to a complaint, provided

11   the change will not alter any deadline already fixed by Court order;

12   WHEREAS, under Civil Local Rule 6-2, the Parties may file a stipulation requesting an

13   extension of time set by the Local Rules or the Federal Rules of Civil Procedure;

14   WHEREAS, the Parties have conferred and believe that the agreed upon briefing schedule,

15   which accounts for the Parties' respective holiday schedules, is necessary for a thorough and fair

16   presentation of the complex issues presented by the SAC;

17   NOW THEREFORE, the Parties hereby STIPULATE AND AGREE to request the following

18   briefing schedule for Wish's Motion to Dismiss Plaintiff's Second Amended Complaint:

19

| Deadline for Wish to file Motion to Dismiss Plaintiff's Second Amended Complaint | January 26, 2021 |
|---|---|
| Deadline for Plaintiff to file Opposition to Motion to Dismiss, if any. | February 23, 2021 |
| Deadline for Wish to file Reply in Support of Motion to Dismiss, if any. | March 9, 2021 |

**IT IS SO STIPULATED.**

Cooley LLP
Attorneys At Law
San Francisco

2.

Stip. to Extend Time to Respond to SAC and
Request to Set Briefing Schedule
Case No. 4:19-cv-05300-HSG

Dated: December 23, 2020                COOLEY LLP


                                        /s/ Whitty Somvichian
                                        Whitty Somvichian

                                        Attorneys for Defendant
                                        ContextLogic Inc. dba Wish


Dated: December 23, 2020                STECKLER GRESHAM COCHRAN PLLC


                                        /s/ Stuart Cochran
                                        Stuart Cochran

                                        Attorneys for Plaintiff
                                        Choon's Design, LLC


## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Whitty Somvichian hereby attests that concurrence in the filing of this document has been obtained.

Dated:  December 23, 2020               COOLEY LLP


                                        /s/ Whitty Somvichian
                                        Whitty Somvichian

                                        Attorneys for Defendant
                                        ContextLogic Inc. dba Wish

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIP. TO EXTEND TIME TO RESPOND TO SAC AND
REQUEST TO SET BRIEFING SCHEDULE
CASE NO. 4:19-CV-05300-HSG

1

<u>**ORDER**</u>

2

3     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5

6     DATED:   12/28/2020

7     The Honorable Haywood S. Gilliam Jr.
      United States District Judge

8

9     240748183

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

ORDER RE STIP TO EXTEND TIME TO RESPOND TO SAC
AND REQUEST TO SET BRIEFING SCHEDULE  CASE NO.
4:19-CV-05300-HSG