Lisa J. Frisella (SBN 216504)
Kimberly D. Neilson (SBN 216571)
**FRISELLA LAW, APC**
2139 First Ave., Suite 200
San Diego, California 92101
Telephone: (619) 260-3500
Facsimile:  (619) 260-3600
Email: lisa@frisellalaw.com
           kim@frisellalaw.com

Bruce Steckler (*admitted pro hac vice*)
Stuart Cochran (*admitted pro hac vice*)
Blake Mattingly (*admitted pro hac vice*)
**STECKLER WAYNE COCHRAN PLLC**
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Telephone: (972) 387-4040
Facsimile: (972) 387-4041
Email: bruce@swclaw.com
           stuart@swclaw.com
           blake@swclaw.com

Attorneys for Plaintiff CHOON'S DESIGN, LLC
And the Proposed Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHOON'S DESIGN, LLC, Individually and on Behalf of a Class of Similarly Situated Individuals,<br><br>            Plaintiffs,<br><br>v.<br><br>CONTEXTLOGIC INC. d/b/a WISH,<br><br>            Defendants. | CASE NO. 4:19-cv-05300-HSG<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii); ORDER**<br><br>Complaint Filed: August 23, 2019<br><br>**HON. HAYWOOD S. GILLIAM JR.** |

COME NOW Plaintiff Choon's Design LLC and Defendant ContextLogic Inc. d/b/a Wish, and file this stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties have entered into a confidential settlement agreement. Plaintiff Choon's Design thus hereby dismisses this action, with Plaintiff's claims being dismissed with prejudice, and the putative class members' claims being dismissed without prejudice. The parties have agreed to bear their own fees and costs incurred in this action.

**IT IS SO STIPULATED.**

Dated: March 5, 2021                **STECKLER WAYNE COCHRAN PLLC**

*/s/ Bruce W. Steckler*
Bruce Steckler

Attorneys for Plaintiff Choon's Design, LLC,
And on Behalf of a Class Similarly Situated
Individuals

Dated: March 5, 2021                **COOLEY LLP**

*/s/ Bobby Ghajar* (by permission)
Bobby Ghajar

Attorneys for Defendant ContextLogic Inc.
d/b/a Wish

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Bruce W. Steckler hereby attests that concurrence in the filing of this document has been obtained.

Dated: March 5, 2021             **STECKLER WAYNE COCHRAN PLLC**

*/s/ Bruce W. Steckler*
Bruce Steckler

Attorneys for Plaintiff Choon's Design, LLC,
And on Behalf of a Class Similarly Situated
Individuals

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/8/2021

The Honorable Haywood S. Gilliam, Jr.
United States District Judge